No. 10–9705. LeCroy *v.* Buss, Secretary, Florida Department of Corrections, et al. C. A. 11th Cir. Certiorari denied. 

No. 10–9706. Harris *v.* Board of Supervisors of Louisiana State University & Agricultural & Mechanical College. C. A. 5th Cir. Certiorari denied. 

No. 10–9707. Haile *v.* Zula, LLC. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 10–9716. Gibbs *v.* Kirkpatrick, Superintendent, Wende Correctional Facility. C. A. 2d Cir. Certiorari denied. 

No. 10–9719. Cray *v.* California. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 10–9720. Digsby *v.* Buss, Secretary, Florida Department of Corrections. C. A. 11th Cir. Certiorari denied. 

No. 10–9729. Barrientos *v.* Texas. Ct. App. Tex., 13th Dist. Certiorari denied.

No. 10–9748. Peters *v.* Nooth, Superintendent, Snake River Correctional Institution. C. A. 9th Cir. Certiorari denied.

No. 10–9749. Promotor *v.* Pollard, Warden. C. A. 7th Cir. Certiorari denied. 

No. 10–9755. Webster *v.* Buss, Secretary, Florida Department of Corrections. Dist. Ct. App. Fla., 1st Dist. Certiorari denied. 

No. 10–9765. Muhammad *v.* Martel, Warden. C. A. 9th Cir. Certiorari denied.

No. 10–9766. Pugh *v.* Cooper, Warden. C. A. 5th Cir. Certiorari denied.

No. 10–9770. Thomas *v.* Ohio. Sup. Ct. Ohio. Certiorari denied.